# Third District Court of Appeal

## State of Florida

Opinion filed October 4, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-269
Lower Tribunal No. 12-6207

_____

**James Roberts,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jorge Rodriguez-Chomat, Judge.

Carlos J. Martinez, Public Defender, and Jonathan Greenberg, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Michael W. Mervine, Assistant Attorney General, for appellee.

Before EMAS, LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed.

LOGUE and LINDSEY, JJ., concur.

EMAS, J., dissenting.

I respectfully dissent because the trial court failed to make specific findings of fact regarding reliability and trustworthiness, as required by section 90.803(23)(a) and (c), Florida Statutes (2014). See State v. Townsend, 635 So. 2d 949 (Fla. 1994); Hopkins v. State, 632 So. 2d 1372 (Fla. 1994); Rodriguez v. State, 77 So. 3d 649 (Fla. 3d DCA 2011); Barton v. State, 704 So. 2d 569 (Fla. 1st DCA 1997); Garcia v. State, 659 So. 2d 388 (Fla. 2d DCA 1995). The trial court also improperly considered corroborating evidence in reaching its conclusion. Townsend, 635 So. 2d at 958; Rodriguez, 77 So. 3d at 651.

I would reverse and remand for a new trial.